# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL BANKING ASSOCIATION,
AS TRUSTEE OF WAMU MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2005-PR4,

        Appellant,

vs.

PREMIER ONE HOLDINGS, INC., A
NEVADA CORPORATION,

        Respondent.

No. 69826

FILED

APR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the joint motion of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elissa F. Cadish, District Judge
        Eleissa C. Lavelle, Settlement Judge
        Smith Larsen & Wixom
        Joseph Y. Hong
        Eighth District Court Clerk

18-16366